AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Jermesha Peay<br>*Plaintiff*<br>v.<br>Andrew Saul,<br>Acting Commissioner of Social Security Administration<br>*Defendant* | )<br>)<br>)  Civil Action No.  9:19-1057-CMC<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ __), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The decision of the Commissioner is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative action.

This action was *(check one)*:
☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie , United States District Judge.

Date:  April 24, 2020                                CLERK OF COURT

                                                     s/Chelsea Pegram-Conner
                                                     *Signature of Clerk or Deputy Clerk*